UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-CR-112-05 (TFH) |
| | : | |
| v. | : | |
| | : | |
| ERIC SCOTT, | : | VIOLATION: |
| | : | 21 U.S.C. § 846 |
| Defendant. | : | (Conspiracy to Distribute and Possess |
| | : | with Intent to Distribute 100 Grams or |
| | : | More of Actual Phencyclidine, One |
| | : | Hundred Grams or More of a Mixture |
| | : | and Substance Containing a |
| | : | Detectable Amount of Phencyclidine, |
| | : | One Hundred Grams or More of Heroin, |
| | : | 28 Grams or More of Cocaine Base, |
| | : | and Cocaine) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. §§ 853(a) and (p) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

Beginning in or about November 2015, the exact date being unknown to the United States, and continuing through at least December 2017, within the District of Columbia and elsewhere, **ERIC SCOTT,** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute one hundred grams or more of actual phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv); a mixture and substance containing a detectable amount of PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one hundred grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv); a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture

and substance was one hundred grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**(Conspiracy to Distribute and Possess with Intent to Distribute One Hundred Grams or More of Actual Phencyclidine, One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine, One Hundred Grams or More of Heroin, 28 Grams or More of Cocaine Base, and Cocaine**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

2

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to Title 21, United States Code, Section 853(p).

      (**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:

GEORGE ELIOPOULOS
Assistant United States Attorney
D.C. Bar No. 390601
Violent Crimes and Narcotics Trafficking Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
Telephone No. (202) 252-6957
george.p.eliopoulos@usdoj.gov

3